JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone: (202) 514-3495
Facsimile: (217) 492-4888
E-mail: scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 3:18-cv-05146-WHO<br><br>**STIPULATION AND ORDER** |

WHEREAS, defendants' combined opposition to plaintiff's dispositive motion and reply in support of defendants' dispositive motion in this case is currently due January 14, 2019, and defendants' corresponding filing in the related case of *California v. Whitaker*, No. 3:18-cv-05169-WHO, is due January 16, 2019;

WHEREAS, plaintiff's reply in support of their dispositive motion in this case is currently due January 28, 2019, and California's reply in *California v. Whitaker* is due January 30, 2019;

AND WHEREAS, the parties in this case desire to change their forthcoming deadlines to coincide with the corresponding deadlines in *California v. Whitaker*;

Stipulation and Order
No. 3:18-cv-05146-WHO

NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court order, that (1) defendants' combined opposition to plaintiff's dispositive motion and reply in support of defendants' dispositive motion shall be filed no later than January 16, 2019, and (2) plaintiff's reply in support of their dispositive motion shall be filed no later than January 30, 2019.

Respectfully submitted,

| | |
|---|---|
| DENNIS J. HERRERA (CA Bar #139669)<br>City Attorney | JOSEPH H. HUNT<br>Assistant Attorney General |
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney | ALEX G. TSE<br>United States Attorney |
| RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney | JOHN R. TYLER<br>Assistant Director |
| YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation | /s/ W. Scott Simpson |
| /s/ Sara J. Eisenberg | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| SARA J. EISENBERG (CA Bar #269303)<br>TARA M. STEELEY (CA Bar #231775)<br>AILEEN M. McGRATH, (CA Bar #280846)<br>Deputy City Attorneys | Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701 |
| City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715<br>E-Mail: brittany.feitelberg@sfgov.org | Telephone: (202) 514-3495<br>Facsimile: (217) 492-4888<br>E-mail: scott.simpson@usdoj.gov |
| COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN FRANCISCO | COUNSEL FOR DEFENDANTS<br>MATTHEW G. WHITAKER, Acting Attorney General of the United States;<br>MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 8, 2019

_____
WILLIAM H. ORRICK
United States District Judge