JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:  (202) 514-3495
Facsimile:   (217) 492-4888
E-mail:       scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER**<br><br>No. 3:18-cv-05146-WHO |
| STATE OF CALIFORNIA, *ex rel.* XAVIER BECERRA, Attorney General of the State of California,<br><br>Plaintiff,<br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 3:18-cv-05169-WHO |

Stipulation and [Proposed] Order
Nos. 3:18-cv-05146/05169-WHO

1    WHEREAS, the Court's Order of March 4, 2019, requires the parties to submit either a
2 stipulated form of judgment or two competing judgments no later than March 18, 2019 (SF Dkt.
3 No. 60; CA Dkt. No. 47);
4    WHEREAS, the plaintiffs sent a proposed judgment to the defendants on March 10, 2019;
5    AND WHEREAS, undersigned counsel for the defendants was on official travel on March
6 11 and has been seriously affected by personal illness from March 12 to the present;
7    NOW THEREFORE, the parties hereby stipulate, and respectfully request that the Court
8 order, that the deadline to submit either a stipulated form of judgment or competing judgments be
9 extended by one week, until March 25, 2019.

10                             Respectfully submitted,

DENNIS J. HERRERA (CA Bar #139669)
City Attorney

JESSE C. SMITH (CA Bar #122517)
Chief Assistant City Attorney

RONALD P. FLYNN (CA Bar #184186)
Chief Deputy City Attorney

YVONNE R. MERÉ (CA Bar #173594)
Chief of Complex and Affirmative Litigation

/s/ Sara J. Eisenberg
_____
SARA J. EISENBERG (CA Bar #269303)
TARA M. STEELEY (CA Bar #231775)
AILEEN M. McGRATH, (CA Bar #280846)
Deputy City Attorneys

City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:         brittany.feitelberg@sfgov.org

COUNSEL FOR PLAINTIFF
CITY AND COUNTY OF SAN
FRANCISCO

XAVIER BECERRA
Attorney General of California

JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:     (202) 514-3495
Facsimile:      (217) 492-4888
E-mail:         scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS
WILLIAM P. BARR, Attorney General of
the United States; MATT M.
DUMMERMUTH, Principal Deputy
Assistant Attorney General; and U.S.
DEPARTMENT OF JUSTICE

Stipulation and [Proposed] Order                 2
No. 3:18-cv-05146/05169-WHO

SARAH E. BELTON
Supervising Deputy Attorney General

/s/ Lee I. Sherman
_____
LEE I. SHERMAN (SBN 272271)
CHEROKEE DM MELTON
GARRETT M. LINDSEY
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone:    (213) 269-6404
Fax:                (213) 879-7605
E-mail:          Lee.Sherman@doj.ca.gov

COUNSEL FOR PLAINTIFF
STATE OF CALIFORNIA, ex rel. XAVIER BECERRA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2019

_____
WILLIAM H. ORRICK
United States District Judge